**DENY; and Opinion Filed September 16, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01145-CV
### No. 05-14-01176-CV

### IN RE JEFFREY BARON, Relator

### Original Proceeding from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-11915

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice O'Neill

Relator filed two petitions for writs of mandamus requesting that the Court order the trial court to vacate its orders denying realtor's motions to strike the interventions of Bush Ruotolo & Simpson, LLP, Stromberg Stock, PLLC, Gary Lyon and Mark L. Taylor. The facts and issues are well-known to the parties so we do not recount them here. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

141145F.P05